# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 DEC -5 PM 1:27

MARGARET BOTKINS, CLERK
CHEYENNE

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL COMPLAINT** |
| Plaintiff, | Case Number: _23-MJ-88-1F_ |
| v. | |
| **CLINTON JOHN COPENHAVER,** | |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

From on or about November 14, 2023 until the present, in the District of Wyoming, and elsewhere, the Defendant, **CLINTON JOHN COPENHAVER**, did move and travel in interstate and foreign commerce with intent to avoid prosecution under the laws of the State of Wyoming for a crime which is a felony under the laws of the State of Wyoming; that is, Escape in violation of Wyoming Statute 7-18-112(a)(i).

In violation of 18 U.S.C. § 1073.

I further state that I am a Deputy U.S. Marshal with the U.S. Marshals Service, and that this complaint is based on the following facts:

### (See attached Sworn Statement)

Continued on the attached sheet and made a part hereof.

Signature of Complainant
JUSTIN CLINE

Sworn and attested by the applicant before me by telephone, bearing a previous signatures submitted by email communication in accordance with the requirements of.Fed. R. Crim. P.4.1.,

| December 5, 2023 | at | Cheyenne, Wyoming |
|---|---|---|
| Date | | City and State |

HON. KELLY H. RANKIN
United States Magistrate Judge

Name & Title of Judicial Officer                    Signature of Judicial Officer



### SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
### DEPUTY U.S. MARSHAL JUSTIN CLINE
### U.S. v. CLINTON JOHN COPENHAVER

I, Justin Cline, being duly sworn, state as follows:

I am a Deputy United States Marshal (DUSM) of the United States Marshals Service (USMS) and have been so employed since August 2003.  I am currently assigned to the USMS office in Cheyenne, Wyoming where my primary responsibility is investigating fugitives as a part of the Wyoming Fugitive Task Force (WFTF) and violations of federal law.

The information contained within this sworn statement is based upon interviews conducted by me and other officers and investigators; my personal knowledge and observations; my training and experience; and the review of reports, documents, and records.

Because this sworn statement is being submitted for the limited purpose of establishing probable cause to show the Defendant, **CLINTON JOHN COPENHAVER**, committed a violation of federal law, unlawful flight to avoid prosecution, in violation of Title 18 U.S.C. § 1073, I have not included each and every fact known concerning this investigation, but have set forth only the facts I believe are necessary for this limited purpose.

On or about November 14, 2023, Laramie County Sheriff's Deputies asked for assistance from the Wyoming Fugitive Task Force (WFTF) to locate **CLINTON JOHN COPENHAVER.**, On November 16th, 2023, the case was adopted by the WFTF.

On November 14, 2023, an arrest warrant was issued for **CLINTON JOHN COPENHAVER** by the Deputy Director of the Wyoming Department of Corrections. On November 16, 2023, another warrant was issued for **CLINTON JOHN COPENHAVER** in the Circuit Court, First Judicial District, County of Laramie located within Wyoming under Criminal Action No. CR 2023-2035, both warrants charged **CLINTON JOHN COPENHAVER** with violations of Wyoming Code § 7-18-112(a)(i) Escape.

Since November 16, 2023, WFTF Investigators have attempted to locate and arrest **CLINTON JOHN COPENHAVER** at multiple known and unknown locations throughout Cheyenne, Wyoming and elsewhere.   Additionally, WFTF Investigators have conducted surveillance on locations known to be used or visited by **CLINTON JOHN COPENHAVER.** WFTF investigators have conducted interviews of associates of **CLINTON JOHN COPENHAVER.** WFTF Investigators have not been successful in locating **CLINTON JOHN COPENHAVER.**

On November 28, 2023, DUSM Justin Cline sent a request to District of Massachusetts DUSM to interview Grace St Thomas Reilly in Rochester, MA. DUSM Lucke reported the following information:

On November 29, 2023, contact was made with Tom Reilly, Grace's Father in Rochester, MA. Mr. Reilly stated Grace did not live at the residence, she works and lives on Naushon Island which is a small private island off the coast of Martha's Vinyard, MA. Mr. Reilly stated Grace lives and works on the island year-round taking care of horses.  Mr. Reilly told investigators he was aware Grace had met a man online from Wyoming but did not know who the individual was. Mr. Reilly was shown a picture of **CLINTON JOHN COPENHAVER,** and he stated they had never met.  Mr. Reilly also stated **CLINTON JOHN COPENHAVER** did not work or reside on Naushon Island as they had just visited Grace for Thanksgiving.  Mr. Reilly called Grace via telephone and D/MA DUSM Lucke spoke with Grace Reilly.

Grace stated she met **CLINTON JOHN COPENHAVER** on Facebook and they have stayed in touch via telephone.  Grace told investigators **CLINTON JOHN COPENHAVER** recently told her he had a satellite phone, and he was in Alaska.  Grace also said the phone shows up as "no caller ID" and she does not know his phone number. Grace did not know where specifically **CLINTON JOHN COPENHAVER** was in Alaska but did mention Denali, Alaska

as a possible location.  GRACE also said **CLINTON JOHN COPENHAVER** told her he may not be able to contact her for two to six months.  Grace confirmed they last spoke via telephone on November 28, 2023, at 2242 hours and they talked for one hour.  DUSM Lucke provided his contact information to Grace and advised her to call if **CLINTON JOHN COPENHAVER** reached out again.

On December 1, 2023, DUSM Cline was contacted by Vikas Dhar.  Mr. Dhar is an attorney in Charlestown Massachusetts.  Mr. Dhar is the family attorney for the Reilly's.  Mr. Dhar has been forwarding information from phone calls with CLINTON JOHN COPENHAVER and Grace.  The information contains detailed travel plans relayed by CLINTON JOHN COPENHAVER as he attempts to make his way from Alaska to Massachusetts.  Grace and CLINTON JOHN COPENHAVER talk daily sometimes multiple times a day.  The notes from those conversations are then forwarded to DUSM Cline.

Records checks conducted by DUSM Cline have also revealed the following information:

- **CLINTON JOHN COPENHAVER** is a multi-state offender.  Criminal Histories were found in New York, Montana, Tennessee, Wyoming, South Dakota, and Colorado.  **CLINTON JOHN COPENHAVER** is a wrangler by trade and works with horses and on ranches.  **CLINTON JOHN COPENHAVER** has ties to Massachusetts and Montana.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

**DEFENDANT NAME:**     **CLINTON JOHN COPENHAVER**

**DATE:**     December 4, 2023

**INTERPRETER NEEDED:**     No

**VICTIM(S):**     No

**OFFENSE/PENALTIES:**     **18 U.S.C. §1073**
Flight to Avoid Prosecution or Giving Testimony

0-5 YEARS IMPRISONMENT
UP TO $250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**AGENT:**     Justin Cline, USMS

**AUSA:**     Mackenzie R. Morrison, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**     1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**     Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**     Yes.  The Court should not grant bond as the Defendant is not bondable.